```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PROVIDENCE ST. PETER HOSPITAL,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STAFF NURSES' UNION LOCAL 141,<br><br>　　　　　　　Respondent. | Case No. C08-5639RJB<br><br>ORDER GRANTING MOTION TO ALTER OR AMEND THE ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT |

　　This matter comes before the Court on Providence St. Peter Hospital's Motion to Alter or Amend the Order on Cross Motions for Summary Judgment. Dkt. 19. The Court has reviewed the motion and the remaining file herein.

　　On February 19, 2009, the Order on Cross Motions for Summary Judgment ("Order") was filed. Dkt. 17. A final judgment was entered. Dkt. 18. On March 3, 2009, Providence St. Peter Hospital filed the instant motion, seeking a change to one line of the Order. Dkt. 19. The line currently reads: "In light of the fact that the hospital must, under *Wingert v. Yellow Freight*, 146 Wn.2d 841, 848 (2002), pay employees time and a half if nurses miss their breaks due to work duties, it may choose to do so." Dkt. 17, at 10. The hospital seeks to have the line changed to read: "In light of the fact that the hospital must, under *Wingert v. Yellow Freight*, 146 Wn.2d 841, 848 (2002), pay employees at the appropriate rate if nurses miss their breaks due to work duties, it may choose to do so." *Id*. The motion was noted for consideration on the Court's calendar. The

ORDER - 1

United Staff Nurses' Union Local 141 filed a response, and does not oppose the motion. Dkt. 21.

Fed. R. Civ. P. 60 (a) permits the Court to correct a "clerical mistake or mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Based upon the record, the sentence beginning "In light of . . . ." on line 15, of page 10, of the Order should be changed to read: "In light of the fact that the hospital must, under *Wingert v. Yellow Freight*, 146 Wn.2d 841, 848 (2002), pay employees at the appropriate rate if nurses miss their breaks due to work duties, it may choose to do so."

### III. ORDER

Therefore, it is now **ORDERED** that:

- Providence St. Peter Hospital's Motion to Alter or Amend Order on Cross Motions for Summary Judgment (Dkt. 19) is **GRANTED**;

- The sentence on line 15, page 10, of the Order on Cross Motions for Summary Judgment (Dkt. 17) which begins "In light of . . . ." **SHALL BE AMENDED TO READ:** "In light of the fact that the hospital must, under *Wingert v. Yellow Freight*, 146 Wn.2d 841, 848 (2002), pay employees at the appropriate rate if nurses miss their breaks due to work duties, it may choose to do so."

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

DATED this 16th day of March, 2009.

*[signature]*
ROBERT J. BRYAN
United States District Judge

ORDER - 2